Jeff Kichaven Commercial Mediation
555 West Fifth Street, Suite 3000
Los Angeles, CA 90013-1010

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher Orlando Torres et al | CASE NUMBER |
| Plaintiff(s) | 2:12-cv-07094-CAS -JW |
| v. | |
| Rose Valencia et al | **MEDIATION REPORT** |
| Defendant(s). | |

***Instructions: The mediator shall file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator shall file a subsequent Report.***

1.  ☑ A mediation was held on (date): March 20, 2012

    ☐ A mediation did not take place because the case settled before the session occurred.

2.  The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:
    - ☑ Appeared as required by Civil L.R. 16-15.5(b).
    - ☐ Did not appear as required by Civil L.R. 16-15(b).
        - ☐ Plaintiff or plaintiff's representative failed to appear.
        - ☐ Defendant or defendant's representative failed to appear.
        - ☐ Other:

3.  Did the case settled?
    - ☑ Yes, fully.
    - ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
    - ☐ Yes, partially, and further facilitated discussions are **not** expected.
    - ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
    - ☐ No, and further facilitated discussions are **not** expected.

4.  If further facilitated discussions are expected, by what date will you check in with the parties?
    (date): _____ .

Dated: March 21, 2012

_____
Signature of Mediator

Jeff Kichaven
Name of Mediator (print)

The Mediator is to electronically file original document.