Jeff Kichaven Commercial Mediation
555 West Fifth Street, Suite 3000
Los Angeles, CA 90013-1010

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher Orlando Torres et al <br><br> Plaintiff(s) <br> v. <br><br> Rose Valencia et al <br><br> Defendant(s). | CASE NUMBER <br><br> 2:12-cv-07094-CAS -JW <br><br> C O R R E C T E D <br> MEDIATION REPORT |

*Instructions:* The mediator shall file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator shall file a subsequent Report.

1. ☑ A mediation was held on (date): March 20, 2012

    ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

    ☑ Appeared as required by Civil L.R. 16-15.5(b).
    ☐ Did not appear as required by Civil L.R. 16-15(b).
    　　☐ Plaintiff or plaintiff's representative failed to appear.
    　　☐ Defendant or defendant's representative failed to appear.
    　　☐ Other:

3. Did the case settled?

    ☐ Yes, fully.
    ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
    ☐ Yes, partially, and further facilitated discussions are **not** expected.
    ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
    ☑ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties? (date:) _____

Dated: April 2, 2013

_____
Signature of Mediator
Jeff Kichaven
Name of Mediator (print)

The Mediator is to electronically file original document.

ADR-03 (01/12)     MEDIATION REPORT     Page 1 of 1