1 | Jordan Susman (SBN 246116)
2 | Email: jsusman@ftllp.com
  | FREEDMAN + TAITELMAN, LLP
3 | 1901 Avenue of the Stars, Suite 500
4 | Los Angeles, California 90067
  | Telephone: 310-201-0005
5 | Facsimile:  310-201-0045
6 |
  | Attorney for Plaintiffs
7 | CHRISTOPHER ORLANDO TORRES
  | and NYANIFY, INC.
8 |

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CHRISTOPHER ORLANDO TORRES, an individual, NYANIFY, INC., a Texas Corporation, | ) Case No.: 12-CV-7094 CAS (AJWx) |
|---|---|
| Plaintiffs, | ) **NOTICE OF SETTLEMENT** |
| vs. | ) |
| ROSE VALENCIA, an individual, ELECTRO FLASH MEDIA, LLC, a California Limited Liability Company, | ) |
| Defendants. | ) |

**1**
**NOTICE OF SETTLEMENT**

TO THE DISTRICT COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiffs Christopher Orlando Torres and Nyanify, Inc. ("Plaintiffs") hereby provides notice to this Court that the parties have reached a settlement of the entire action. The parties expect to file a Stipulation of Dismissal requesting dismissal of the entire action with prejudice within the next 30 days.

Dated: April 19, 2013                    FREEDMAN + TAITELMAN LLP


By: _____/s/ Jordan Susman_____
    Jordan Susman
    Attorneys for
    Plaintiffs, CHRISTOPHER
    ORLANDO TORRES
    and NYANIFY, INC